CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RW
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAVID W. AMBERGER,<br>    Petitioner, | Civil Action No. 7:09-cv-00382 |
| v. | **ORDER** |
| WARDEN, BUCKINGHAM<br>    CORRECTIONAL CENTER,<br>    Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petitioner's motion to amend is **GRANTED**; respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 24th day of November, 2009.

                      /s/ Jackson L. Kiser
                      Senior United States District Judge